IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Respondent, | No. CR S-98-0128 GEB DAD P |
| | vs. | |
| MARIANO MURILLO, | | |
| | Movant. | ORDER |
| _____/ | | |

      Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On November 19, 2007, movant filed a letter requesting the status of his case.  Movant's case is now submitted for decision and in due course the court will issue findings and recommendations with respect to the motion.  The court anticipates that those findings and recommendations will be filed within approximately ninety days.

      Accordingly, IT IS HEREBY ORDERED that movant's November 19, 2007 letter be placed in the filed.

DATED: November 26, 2007.

DAD:4:muri0128.stat.wpd

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE