1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11            Respondent,                    No. CR S-98-0128 GEB DAD P

12        vs.

13   MARIANO MURILLO,

14            Movant.                        <u>ORDER</u>

15   _____/

16            Movant is a prisoner proceeding pro se with a motion to vacate, set aside, or

17   correct his sentence pursuant to 28 U.S.C. § 2255.  This case is submitted for decision, having

18   been fully briefed by the parties.  On November 19, 2007, movant filed a letter requesting the

19   status of his case.  On November 28, 2007, the court filed an order in response to the inquiry;

20   however, the order was returned as undeliverable because it was mailed to movant's last known

21   address, an institution in Forrest City, Arizona,.  According to a subsequent inquiry regarding

22   case status received by the court on February 19, 2008, it appears that movant is now

23   incarcerated at the Pine Prairie Correctional Center in Pine Prairie, Louisiana.  The court will

24   deem the latest inquiry to include a notice of change of address and direct the Clerk of the Court

25   to correct movant's address of record.  Movant is advised that if his address changes again, he

26   must file a notice of change of address.  In response to movant's inquiry regarding the status of

his case, the court anticipates that findings and recommendations will be filed within approximately thirty days of the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to correct the court's docket and change movant's address to:  Pine Prairie Correctional Center, P.O. Box 650, Pine Prairie, LA 70576; and

2.  Movant's February 19, 2008 request for case status shall be placed in the file.

DATED: March 11, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
muril0128.stat2

2